UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
NEW HAVEN DIVISION

| | |
|---|---|
| IN RE: | CHAPTER 13 |
| LILIAN N. LARBI, DEBTOR, | CASE NO. 25-30600 |
| DERICK O. LARBI, JOINT DEBTOR, | |
| | July 31, 2025 |
| Debtors. | |

APPEARANCE AND REQUEST FOR NOTICE

The undersigned hereby enters its appearance for National Bankruptcy Services, LLC, a creditor and party in interest in the above estate and, pursuant to Bankruptcy Rules 2002 and 9007, requests that all notices given or required to be given in the above- captioned case be served upon the undersigned at the address set forth below.

The foregoing request includes not only notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by hand delivery, mail delivery, telephone, telegraph, telex or otherwise, which affects the debtor or the property of the Debtors.

Dated: July 31, 2025         By:   */s/ Linda St. Pierre*
                                    Linda St. Pierre, Esq.
                                    McCalla Raymer Leibert Pierce, LLP
                                    280 Trumbull St FL 23
                                    Hartford, CT 06103
                                    (860) 808-0606
                                    Federal Bar No. CT22287

NOA

<u>CERTIFICATION</u>

      I hereby certify that a copy of the foregoing was served via first class, postage prepaid U.S. mail and/or via ECF e-mail this thirty-first day of July, 2025 to:

Lilian N. Larbi, Debtor
338 Ridgewood Road
Middletown, CT 06457

Derick O. Larbi, Joint Debtor
338 Ridgewood Road
Middletown, CT 06457
(Debtors)

Luis Medina
524 Winchester Road
Norfolk, CT 06058
(Debtors' Attorney)

Roberta Napolitano
10 Columbus Boulevard
6th Floor
Hartford, CT 06106
(Trustee)

U. S. Trustee
Giaimo Federal Building
150 Court Street, Room 302
New Haven, CT 06510

Dated:    July 31, 2025            By:    */s/ Linda St. Pierre*
                                                                        Linda St. Pierre, Esq.
                                                                       McCalla Raymer Leibert Pierce, LLP
                                                                       280 Trumbull St FL 23
                                                                       Hartford, CT 06103
                                                                       (860) 808-0606
                                                                       Federal Bar No. CT22287

NOA